## Anna Kovae, Appellee, v. Modern Mutual Insurance Company, Appellant.

### Gen. No. 41,319.

opinion filed November 20, 1940. Orrico & Rosenzweig, for appellant; Joseph B. Gilbert, of counsel; no appearance for appellee. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''